**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>         **Plaintiff,**<br>     **v.**<br>**AARON M. BROWN,**<br>         **Defendant.** | **Case No.  CR07-5615JKA**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.**

**The plaintiff appears through Special/Assistant United States Attorney, CAPT. O'BRYAN, and U.S. Probation Officer, FRANCES DAVIS;**

**The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ ;**

**The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.**

**The defendant has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision by consuming alcohol as alleged in violation #1.as set forth below:**

**The court dismisses violation #2. at the government's request.**

**The court having determined that the defendant violated the conditions of supervision, now therefore defendant's supervision is hereby continued on the same terms and conditions originally ordered.**

**The court hereby schedules a status hearing to hear a report on defendant's progress on supervision at the following date and time:**
         **Date:      August 7, 2008**
         **Time:      2:00 p.m.**

**Defendant is to be released from custody forthwith.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                        **June 5, 2008.**


                         **/s/ J. Kelley Arnold**
                        **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1